

# Fourth Court of Appeals
## San Antonio, Texas

Friday, April 10, 2015

No. 04-15-00123-CR

Ex Parte Eric **LUNA**,
Appellant

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2014-W-0464
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order denying appellant's application for writ of habeas corpus. Appellant's brief was originally due to be filed on March 30, 2015. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.2(a) (requiring appellant's brief to be filed no later than 20 days after the appellate record is complete). On April 7, 2015, appellant's attorney was notified that the brief was late and filed a motion requesting an extension of time to file the brief the same day. The motion is GRANTED IN PART. Appellant's brief must be filed no later than April 29, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court